UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46149 |
|---|---|
| DARLA S. MARLER | (Chapter 13) |
| THOMAS E. MARLER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105134**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | DARLA S. MARLER & THOMAS E. MARLER<br>8718 WILMINGTON RD<br>OREGONIA, OH  45054 | 8.81 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/13/2011

Certificate of Service                          05-46149

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DARLA S. MARLER
THOMAS E. MARLER
8718 WILMINGTON RD
OREGONIA, OH  45054

GARY A BILLIG
447 NILLES RD SUITE 9
FAIRFIELD, OH  45014

(26.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(27.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(29.1n)
CONNIE J VANDERGRIFF
9441 LBJ FREEWAY
STE 350
DALLAS, TX  75243

(22.1n)
DEBORAH ECKER
50 W BROAD STREET
SUITE 1200
COLUMBUS, OH  43215

(24.1n)
ECMC
7325 BEAUFRONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(28.1n)
ECMC
BOX 8809
RICHMOND, VA  23225

(1019.1n)
EMERSON R KECK
15 W FOURTH ST   STE 100
DAYTON, OH  45402

(1020.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(1018.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv